UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

BRENDA TURNER, )
)
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
   v. )
) **CASE NO. 5:19-CV-190-D**
ANDREW M. SAUL, Commissioner of Social )
Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES defendant's objections to the M&R [D.E. 5l], ADOPTS the conclusions in the M&R [D.E. 50], GRANTS plaintiff's motion for judgment on the pleadings [D.E. 40], DENIES defendant's motion for judgment on the pleadings [D.E. 45], and REMANDS the action to the Commissioner for further consideration.

**This Judgment Filed and Entered on July 8, 2020, and Copies To:**
| | |
|---|---|
| Vaughn Stephen Clausen | (via CM/ECF electronic notification) |
| Peter A. Heinlein | (via CM/ECF electronic notification) |

DATE:                                      PETER A. MOORE, JR., CLERK
July 8, 2020                      (By) /s/ Nicole Sellers
                                              Deputy Clerk